**Motion Granted; Order filed February 6, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00376-CR
_____

**CARLOS DANIEL FERNANDEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 183rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 1344140**

## ORDER

Appellant is represented by appointed counsel, **Juan M. Contreras, Jr.** Appellant's brief was originally due **August 26, 2013.** We granted three extensions of time to file appellant's brief until January 16, 2014. No brief was filed. On February 3, 2014, counsel filed a further request for extension of time to file appellant's brief. We grant the request, but we issue the following order.

We order **Juan M. Contreras, Jr.** to file a brief with the clerk of this court on or before **March 3, 2014**. **No further extensions of time will be granted.** If

Juan M. Contreras, Jr. does not timely file the brief as ordered, the court may issue a show cause order directing him to appear before this court on a date certain to show cause why he should not be held in contempt for failing to file the brief as ordered. Contempt of court is punishable by a fine and/or confinement in jail.


PER CURIAM